UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERETT J. TAYLOR,

    Petitioner,

v.

                                            Case No. 8:21-cv-2326-WFJ-JSS
                                            Crim. Case No. 8:13-cr-496-WFJ-JSS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner Everett J. Taylor files a "Motion to Rule or Deny" (Civ. Doc. 26), in which he moves the Court to rule on his pending motion (Civ. Doc. 1) under 28 U.S.C. § 2255. He urges the Court to grant his § 2255 motion before the date he is expected to be released from incarceration, which is July 2, 2023, or to deny his motion so that he can appeal that decision.

In a prior order (Civ. Doc. 23), the Court explained that Taylor is not entitled to an expedited ruling on his § 2255 motion. The United States argues (Civ. Doc. 17) that Taylor is not entitled to relief and that the § 2255 motion should be denied. The Court will rule on the § 2255 motion after conducting a careful review of the arguments and the record. Thereafter, the parties will have an opportunity to appeal the Court's ruling. Accordingly, the "Motion to Rule or Deny" (Civ. Doc. 26) is **DENIED**.

**ORDERED** in Tampa, Florida, on October 25, 2022.

                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of record and Plaintiff, *pro se*